

Scott M. Johnson (BAR # 287182)
GALE, ANGELO, JOHNSON & PRUETT, P.C.
1430 Blue Oaks Boulevard, Suite 250
Roseville, California 95747
(916) 290-7778 phone
(916) 721-2767 Fax
Sjohnson@gajplaw.com

Attorneys for Debtor(s)

**The following constitutes the order of the Court.**
**Signed: October 10, 2019**

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

GARY LAFLEUR,

    Debtor.

Case No.: 19-41714 RLE 13

Chapter 13

**ORDER GRANTING DEBTOR'S MOTION TO SELL REAL PROPERTY**

Docket No. 34.

| | |
|---|---|
| Date: | October 9, 2019 |
| Time: | 1:30 pm. |
| Judge: | Hon. Judge Efremsky |
| Crtrm: | 201 |
| Location: | 1300 Clay Street |
| | Oakland, California |

    On September 26, 2019, Debtor Gary Lafleur (the "Debtor") filed a Motion to Sell Real Property [Dkt. 34] (the "Motion") seeking authority to sell real property located at 938 Country Glen Lane, Brentwood, CA 94513 (the "Property"). The Motion came for a hearing on October 9, 2019 at 1:30 p.m. before the honorable Roger L. Efremsky, Bankruptcy Judge. Appearances were noted on the record. The Court, having reviewed motions and good cause appearing:

    **IT IS HEREBY ORDERED** that:

1. Debtor's Motion to Real Property at Docket No. 34 is **GRANTED**;
2. Debtor is authorized to sell the Property;

3. Debtor may execute any document necessary to effectuate the sale and transfer of the Property;

4. Debtor may pay any sales or closing costs, including but not limited to, broker's commissions, from escrow;

5. The stay imposed pursuant to FRCP Rule 62(a) and Bankruptcy Rule 6004(h) is **WAIVED**;

6. In the event of a "short sale," any creditor with a secured claim shall be paid off in full or in accordance with any short sale approval authorized by said creditor;

7. Any creditor with a secured claim shall be permitted to submit an updated payoff demand to the applicable escrow or title company facilitating the sale so that said creditor's Claim is paid in full at the time the sale of the Property is finalized; and

8. In the event that the sale of the Property does not take place, all secured creditors shall retain their Lien for the full amount due under the Subject Loan.

***END OF ORDER***

Approved as to form and content:

**ALDRIDGE PITE, LLP**

/s/ Gilbert R. Yabes_____        Dated: 10-10-2019_____
Gilbert R. Yabes, Esq.
Attorneys for MEB Loan Trust

COURT SERVICE LIST