Scott M. Johnson (BAR # 287182)
GALE, ANGELO, JOHNSON & PRUETT, P.C.
1430 Blue Oaks Boulevard, Suite 250
Roseville, California 95747
(916) 290-7778 phone
(916) 721-2767 Fax
Sjohnson@gajplaw.com

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

GARY LAFLEUR,

        Debtor.

Case No.: 19-41714 RLE 13

Chapter 13

**STIPULATION TO RELEASE EXCESS SALE PROCEEDS TO DEBTOR**

Judge:   Hon. Judge Efremsky

      Gary Lafleur (hereinafter "Debtor"), by and through his counsel, and Martha G. Bronitsky (hereinafter the "Trustee") hereby stipulate and agree as follows:

## RECITALS

      1.    Debtor sold real property located at 938 Country Glen Lane, Brentwood, CA 94513 (hereinafter the "Property") on or around November 8, 2019.

      2.    Pursuant to the order on the Motion to Sell Real Property entered on October 10, 2019 at Docket No. 41, the Trustee submitted an escrow demand requesting funds sufficient to pay prepetition arrears on the claims secured against the Property as well as all net proceeds due to Debtor.

      3.    Debtor claimed a homestead exemption in the amount of $100,000.00 on Schedule C filed in this case on August 23, 2019 at Docket No. 13. No objections to the Debtor's claim of exemption have been filed.

      4.    Debtor desires the excess proceeds from the sale after payment of debt secured against the Property and administrative costs which are currently held by the Trustee to be released by the Trustee directly to the Debtor.

THE PARTIES HEREBY STIPULATE:

1. The Trustee may disburse all net proceeds from the sale of the Property after deducting payments to creditors with claims secured against the Property and administrative expenses directly to the Debtor,
2. The Trustee may collect no fee on the funds disbursed to Debtor, and
3. The Trustee shall promptly issue the funds to the Debtor after entry of an order approving this stipulation.

SO STIPULATED:

GALE, ANGELO, JOHNSON & PRUETT, P.C.

Dated: November 13, 2019

/s/ Scott M. Johnson
Scott M. Johnson, Esq.
Attorney for Debtor(s)

Dated: 11-14-19

Martha G. Bronitsky
Chapter 13 Trustee