

Scott M. Johnson (BAR # 287182)
GALE, ANGELO, JOHNSON & PRUETT, P.C.
1430 Blue Oaks Boulevard, Suite 250
Roseville, California 95747
(916) 290-7778 phone
(916) 721-2767 Fax
Sjohnson@gajplaw.com

Attorneys for Debtor(s)

The following constitutes the order of the Court.
Signed: November 18, 2019

_____
**Roger L. Efremsky
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

GARY LAFLEUR,

      Debtor.

Case No.: 19-41714 RLE 13

Chapter 13

**ORDER APPROVING STIPULATION TO RELEASE EXCESS SALE PROCEEDS TO DEBTOR**

Related Docket No. 55

Judge:   Hon. Judge Efremsky

Having reviewed the *Stipulation to Release Excess Sale Proceeds to Debtor* (hereinafter "Stipulation") between Gary Lafleur (hereinafter "Debtor") and Martha G. Bronitsky (hereinafter the "Trustee") filed on November 18, 2019 at Docket No. 55, and good cause appearing,

IT IS HEREBY ORDERED that

1. The Stipulation is **APPROVED**;
2. The Trustee may disburse all net proceeds from the sale of the Property after deducting payments to creditors with claims secured against the Property and administrative expenses directly to the Debtor,
3. The Trustee may collect no fee on the funds disbursed to Debtor, and
4. The Trustee shall promptly issue the funds to the Debtor after this order.

****END OF ORDER****

# COURT SERVICE LIST